UNITED STATES of America,
Plaintiff–Appellee,

v.

Courtney Floyd GREGORY, a/k/a Bobby
Lee Graves, a/k/a Deangelo D. Marsh,
a/k/a Marcello N. Williams, Defendant–Appellant.

No. 00–7731.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Courtney Floyd Gregory, pro se. Michael R. Smythers, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Courtney Floyd Gregory seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Gregory,* Nos. CR–96–22; CA–99–136 (E.D.Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*